# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, H. Kenneth Jr. | U.S. District Court, W.D.N.Y. | 04/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/08/10 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | | None | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | A | Interest | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITEDHEALTH GROUP INC | | None | J | T | | | | | |
| 36. BERKSHIRE HATHAWAY CLB | | None | | | Sold | 06/21/11 | J | A | |
| 37. CONSTELLATION ENERGY GP | | None | J | T | | | | | |
| 38. HERSHEY FOODS CORP | | None | J | T | | | | | |
| 39. IMMUNEX CORP NEW | | None | J | T | | | | | |
| 40. INDYMAC BANCORP INC | | None | J | T | | | | | |
| 41. LEHMAN BROTHRS HLDGS COM | | None | J | T | | | | | |
| 42. HCA INC | | None | J | T | | | | | |
| 43. VISHAY INTERTECHNLGY | | None | J | T | | | | | |
| 44. BARNES & NOBLE INC | | None | J | T | | | | | |
| 45. WACHOVIA CORP | | None | J | T | | | | | |
| 46. REHABCARE GROUP INC | | None | J | T | | | | | |
| 47. ELECTRS BOUTIQUE HLDGS | | None | J | T | | | | | |
| 48. AT&T CORP | | None | J | T | | | | | |
| 49. HARLEY DAVIDSON INC | | None | J | T | | | | | |
| 50. MID ATLANTIC MED SVCS | | None | J | T | | | | | |
| 51. OCEAN ENERGY INC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PUB SVC NEW MEX PR | None | J | T | | | | | | |
| 53. AFFILIATED COMP SVCS | None | J | T | | | | | | |
| 54. AMERICAN STD COS | None | J | T | | | | | | |
| 55. ANIXTER INTL INC | None | J | T | | | | | | |
| 56. BOISE CASCADE | None | J | T | | | | | | |
| 57. MBNA CORP | None | J | T | | | | | | |
| 58. OPEN TEXT CORP | None | J | T | | | | | | |
| 59. LEAR CORP | None | J | T | | | | | | |
| 60. CAPITOL ONE FINL | None | J | T | | | | | | |
| 61. CAPITOL ONE FINL | None | J | T | | | | | | |
| 62. KINETICS CONCEPTS | None | J | T | | | | | | |
| 63. NEWS C ORP CI | None | J | T | | | | | | |
| 64. NORFOLK SOUTHERN | None | J | T | | | | | | |
| 65. OPEN TEXT CORP | None | J | T | | | | | | |
| 66. SONY CORP | None | J | T | | | | | | |
| 67. WEIGHT WATCHERS INT | None | J | T | | | | | | |
| 68. HARTFORD FINL SVCS GROUP | None | J | T | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COMMERCE BANCORP INC NJ | | None | J | T | | | | | |
| 70. INGRAM MICRO INC CL A | | None | J | T | | | | | |
| 71. MOTOROLA INC COM | | None | J | T | | | | | |
| 72. MICRO DEVICES INC | | None | J | T | | | | | |
| 73. SCIENTIFIC ATLANTA | | None | J | T | | | | | |
| 74. MATSUSHTA EL IND ADR | | None | J | T | | | | | |
| 75. FISHER SCIENTIFIC 1 NEW | | None | J | T | | | | | |
| 76. THERMO ELECTRON CORP | | None | J | T | | | | | |
| 77. LEXMARK INTL INC CL A | | None | J | T | | | | | |
| 78. UNIVISION COMM INC CL A | | None | J | T | | | | | |
| 79. ALTRIA GROUP INC | | None | | | Sold | 08/19/11 | J | A | |
| 80. SAP AKGSLTT SPONSORD ADR | | None | J | T | | | | | |
| 81. KOHLS CORP WISC PV 1CT | | None | J | T | | | | | |
| 82. SIMON PROPERTY GROUP DEL REIT | | None | | | Sold | 03/09/11 | J | B | |
| 83. GLOBAL SANTAFE CORP | | None | J | T | | | | | |
| 84. REGIONS FINL CORP | | None | J | T | | | | | |
| 85. CITIZENS COMMNCTNS CO | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. HEWLETT PACKARD CO DE | | None | | | Sold | 05/20/11 | J | A | |
| 87. COACH INC | | None | | | Sold | 08/19/11 | J | A | |
| 88. AT&T INC | | None | | | Sold | 04/08/11 | J | B | |
| 89. EXPRESS SCRIPTS INC CO | | None | | | Sold | 06/21/11 | J | A | |
| 90. AMERICAN TOWER CORP CL A | | None | | | Sold | 08/19/11 | J | A | |
| 91. PENSKE AUTO GROUP INC | | None | J | T | | | | | |
| 92. GARMIN LTD (KAYMAN IS) | | None | J | T | | | | | |
| 93. CHEVRON CORP | | None | J | T | | | | | |
| 94. CHEVRON CORP | | None | J | T | | | | | |
| 95. FASTENAL COMPANY | | None | | | Sold | 06/21/11 | J | A | |
| 96. TRAVELERS COS INC | | None | | | Sold | 08/19/11 | J | A | |
| 97. EXXON MOBIL CORP COM | | None | | | Sold | 08/19/11 | J | A | |
| 98. GENERAL MILLS | | None | | | Sold | 08/19/11 | J | A | |
| 99. WAL-MART STORES INC | | None | | | Sold | 08/16/11 | J | A | |
| 100. COCA COLA COM | | None | | | Sold | 08/19/11 | J | A | |
| 101. ALTRIA GROUP INC | | None | J | T | | | | | |
| 102. ONEOK INC (OKLAHOMA) | | None | | | Sold | 02/09/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MYLAN INC | | None | | | Sold | 08/19/11 | J | A | |
| 104. JM SMUCKER CO | | None | J | T | | | | | |
| 105. CHURCH&DWIGHT CO INC | | None | | | Sold | 05/13/11 | J | B | |
| 106. UNDER ARMOUR INC | | None | | | Sold | 02/16/11 | J | B | |
| 107. CROWN CASTLE INTL CORP | | None | | | Sold | 08/19/11 | J | A | |
| 108. TREEHOUSE FOODS INC COM STK | | None | J | T | | | | | |
| 109. ATC TECH CORP | | None | J | T | | | | | |
| 110. USG CORP COM NEW | | None | | | Sold | 07/27/11 | J | A | |
| 111. JACOBS ENGN GRP INC DELA | | None | | | Sold | 08/19/11 | J | A | |
| 112. GILEAD SCIENCES INC COM | | None | J | T | | | | | |
| 113. CHICOS FAS INC COM | | None | | | Sold | 08/19/11 | J | A | |
| 114. APACHE CORP | | None | J | T | | | | | |
| 115. PPG INDUSTRIES INC SHS | | None | | | Sold | 08/19/11 | J | A | |
| 116. GENUINE PARTS CO | | None | | | Sold | 01/21/11 | J | B | |
| 117. LIFE TECHNOLOGIES CORP | | None | | | Sold | 08/19/11 | J | A | |
| 118. ITT CORP | | None | | | Sold | 01/18/11 | J | B | |
| 119. WILLIS GROUP HLDINGS LTS | | None | | | Sold | 01/31/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HOME PROPERTIES INC REIT | None | | | | Sold | 06/02/11 | J | B | |
| 121. MCKESSON CORPORATION COM | None | | | | Sold | 08/19/11 | J | A | |
| 122. MEDCO HEALTH SOLUTIONS I | None | | | | Sold | 06/02/11 | J | B | |
| 123. NEW YORK CMNTY BANCORP | None | | | | Sold | 01/31/11 | J | B | |
| 124. STATE STREET CORP | None | | | | Sold | 01/24/11 | J | A | |
| 125. JPMORGAN CHASE & CO | None | | | | Sold | 01/24/11 | J | B | |
| 126. DR REDDY'S LAB LTD ADR | None | | | | Sold | 01/31/11 | J | A | |
| 127. TUPPERWARE BRANDS CORP | None | | | | Sold | 03/08/11 | J | A | |
| 128. L.V.M.H. EUR 0.3.3EUR PAR ORDINARY | None | | J | T | | | | | |
| 129. PRUDENTIAL FINANCIAL INC | None | | | | Sold | 08/19/11 | J | A | |
| 130. NICE SYSTS LTD SPSD | None | | | | Sold | 08/19/11 | J | A | |
| 131. JOHNSON CONTROLS INC | None | | | | Sold | 08/19/11 | J | A | |
| 132. VERTEX PHARMCTLS INC | None | | | | Sold | 03/09/11 | J | B | |
| 133. PETROCHINA CO LTD SP | None | | | | Sold | 05/13/11 | J | A | |
| 134. UDR INC | None | | | | Sold | 06/02/11 | J | B | |
| 135. CBL & ASSOC PPTYS INC | None | | | | Sold | 08/19/11 | J | A | |
| 136. FEDEX CORP DELAWARE | None | | | | Sold | 08/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. UNITED CONTL HLDGS INC | | None | | | Sold | 08/19/11 | J | A | |
| 138. WORLD FUEL SERVICES | | None | | | Sold | 08/19/11 | J | A | |
| 139. RIO TINTO PLC SPNSRD | | None | | | Sold | 08/19/11 | J | A | |
| 140. MYLAN INC | | None | J | T | | | | | |
| 141. VF CORPORATION | | None | | | Sold | 10/03/11 | J | A | |
| 142. DISCOVERY COMMUNICATIONS | | None | | | Sold | 08/19/11 | J | A | |
| 143. E M C CORPORATION | | None | | | Sold | 03/04/11 | J | B | |
| 144. DOMINOS PIZZA INC | | None | | | Sold | 03/04/11 | J | A | |
| 145. METROPCS COMM INC | | None | | | Sold | 08/19/11 | J | A | |
| 146. AVNET INC | | None | | | Sold | 08/19/11 | J | A | |
| 147. TRW AUTOMOTIVE HLDGS | | None | | | Sold | 08/19/11 | J | A | |
| 148. APPLE INC | | None | | | Sold | 11/16/11 | J | B | |
| 149. TYSON FOODS INC CL A | | None | | | Sold | 02/08/11 | J | A | |
| 150. CUMMINS INC COM | | None | | | Sold | 08/19/11 | J | A | |
| 151. NOKIA CORP SPON ADR | | None | | | Sold | 01/24/11 | J | A | |
| 152. CVS CAREMARK CORP | | None | | | Sold | 08/19/11 | J | A | |
| 153. THERMO FISHER | | None | | | Sold | 08/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MAGNA INTL INC CL A | | None | | | Sold | 01/18/11 | J | B | |
| 155. PEOPLES UNITED FNL INC | | None | | | Sold | 08/19/11 | J | A | |
| 156. PRECISION CASTPARTS CORP DE | | None | | | Sold | 11/01/11 | J | A | |
| 157. ARROW ELECTRONICS | | None | | | Sold | 01/21/11 | J | B | |
| 158. ITC HLDS CORP | | None | | | Sold | 05/13/11 | J | A | |
| 159. XEROX CORP | | None | | | Sold | 08/19/11 | J | A | |
| 160. MANITOWOC CO INC WIS | | None | | | Sold | 08/19/11 | J | A | |
| 161. FAMILY DOLLAR STORES | | None | | | Sold | 02/22/11 | J | B | |
| 162. SMITH A O CORP DEL | | None | | | Sold | 08/19/11 | J | A | |
| 163. DREAMWORKS | | None | | | Sold | 03/02/11 | J | A | |
| 164. UNTD RENTALS INC | | None | | | Sold | 08/19/11 | J | A | |
| 165. KELLY SVCS INC CL A | | None | | | Sold | 08/19/11 | J | A | |
| 166. PARKER HANNIFIN CORP | | None | | | Sold | 05/02/11 | J | B | |
| 167. ILLINOIS TOOL WORKS | | None | | | Sold | 07/29/11 | J | B | |
| 168. DEUTSCHE POST AG EUR | | None | | | Sold | 05/18/11 | J | B | |
| 169. AMEC 50P FN GBP | | None | | | Sold | 08/19/11 | J | A | |
| 170. ADVANCED ENERGY INDS INC | | None | | | Sold | 02/16/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BOSTON PPTYS INC REIT | None | | | | Sold | 06/02/11 | J | B | |
| 172. WEBMD HEALTH CORP | None | | | | Sold | 05/13/11 | J | A | |
| 173. FIFTH THIRD BANCORP | None | | | | Sold | 02/07/11 | J | A | |
| 174. ORACLE CORP $0.01 DEL | None | | | | Buy | 01/04/11 | J | | |
| 175. ORACLE CORP $0.01 DEL | None | | | | Sold | 08/19/11 | J | A | |
| 176. EXPEDIA INC DEL | None | | | | Buy | 01/10/11 | J | | |
| 177. EXPEDIA INC DEL | None | | | | Sold | 05/25/11 | J | B | |
| 178. CARLSBERG AS-B 20.DKK | None | J | T | | Buy | 02/01/11 | J | | |
| 179. TIME WARNER CABLE INC | None | | | | Buy | 02/01/11 | J | | |
| 180. TIME WARNER CABLE INC | None | | | | Sold | 08/02/11 | J | B | |
| 181. OSHKOSH CORPORATION | None | | | | Buy | 02/02/11 | J | | |
| 182. OSHKOSH CORPORATION | None | | | | Sold | 08/02/11 | J | A | |
| 183. ETHAN ALLEN INTERIORS | None | | | | Buy | 02/08/11 | J | | |
| 184. ETHAN ALLEN INTERIORS | None | | | | Sold | 05/13/11 | J | B | |
| 185. LDK SOLAR CO LTD ADR | None | | | | Buy | 02/09/11 | J | | |
| 186. LDK SOLAR CO LTD ADR | None | | | | Sold | 05/13/11 | J | A | |
| 187. UGI CORP NEW | None | | | | Buy | 02/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. UGI CORP NEW | None | | | | Sold | 08/19/11 | J | A | |
| 189. AKAMAI TECHNOLOGIES INC | None | | | | Buy | 02/16/11 | J | | |
| 190. AKAMAI TECHNOLOGIES INC | None | | | | Sold | 05/13/11 | J | A | |
| 191. POLO RALPH LAUREN CORP | None | | | | Buy | 02/22/11 | J | | |
| 192. POLO RALPH LAUREN CORP | None | | | | Sold | 09/14/11 | J | A | |
| 193. ILLUMINA INC COM | None | | | | Buy | 02/23/11 | J | | |
| 194. ILLUMINA INC COM | None | | | | Sold | 05/02/11 | J | B | |
| 195. SWATCH GROUP (BR) | None | J | T | | Buy | 02/24/11 | J | | |
| 196. MICROSEMI CORP | None | | | | Buy | 03/01/11 | J | | |
| 197. MICROSEMI CORP | None | | | | Sold | 08/19/11 | J | A | |
| 198. F5 NETWORKS INC COM | None | | | | Buy | 03/01/11 | J | | |
| 199. F5 NETWORKS INC COM | None | | | | Sold | 03/24/11 | J | A | |
| 200. MONOLITHIC PWR SYSTEMS INC | None | | | | Buy | 03/03/11 | J | | |
| 201. MONOLITHIC PWR SYSTEMS INC | None | | | | Sold | 05/13/11 | J | B | |
| 202. COMP DE BEBIDAS SPN ADR | None | | | | Buy | 03/09/11 | J | | |
| 203. COMP DE BEBIDAS SPN ADR | None | | | | Sold | 08/19/11 | J | A | |
| 204. TESCO CORP COM | None | | | | Buy | 03/11/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. TESCO CORP COM | | None | | | Sold | 03/25/11 | J | B | |
| 206. AUTOZONE INC NEVADA COM | | None | | | Buy | 03/11/11 | J | | |
| 207. AUTOZONE INC NEVADA COM | | None | | | Sold | 03/31/11 | J | B | |
| 208. HEALTHSPRING INC | | None | | | Buy | 03/14/11 | J | | |
| 209. HEALTHSPRING INC | | None | | | Sold | 08/19/11 | J | A | |
| 210. EXXON MOBIL CORP COM | | None | J | T | Buy | 03/14/11 | J | | |
| 211. KYOCERA CORP ADR | | None | | | Buy | 03/15/11 | J | | |
| 212. KYOCERA CORP ADR | | None | | | Sold | 05/13/11 | J | B | |
| 213. COVIDIEN PLC SHS | | None | | | Buy | 03/15/11 | J | | |
| 214. COVIDIEN PLC SHS | | None | | | Sold | 08/19/11 | J | A | |
| 215. SUPERIOR IND INTL CALIF | | None | | | Buy | 03/21/11 | J | | |
| 216. SUPERIOR IND INTL CALIF | | None | | | Sold | 08/19/11 | J | A | |
| 217. MARVELL TECHNOLOGY GROUP | | None | | | Buy | 03/21/11 | J | | |
| 218. MARVELL TECHNOLOGY | | None | | | Sold | 08/19/11 | J | A | |
| 219. GENERAL MOTORS CO | | None | | | Buy | 03/21/11 | J | | |
| 220. GENERAL MOTORS CO | | None | | | Sold | 08/19/11 | J | A | |
| 221. GOOGLE INC CL A | | None | | | Buy | 03/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. GOOGLE INC CL A | | None | | | Sold | 07/29/11 | J | A | |
| 223. FIFTH THIRD BANKCORP | | None | | | Buy | 03/22/11 | J | | |
| 224. FIFTH THIRD BANCORP | | None | | | Sold | 05/18/11 | J | A | |
| 225. LAZARD LTD CL A | | None | | | Buy | 03/23/11 | J | | |
| 226. LAZARD LTD CL A | | None | | | Sold | 08/19/11 | J | A | |
| 227. RELIANCE STL & ALUM CO | | None | | | Buy | 03/29/11 | J | | |
| 228. RELIANCE STL & ALUM CO | | None | | | Sold | 08/19/11 | J | A | |
| 229. CSG SYSTS INTL INC COM | | None | | | Buy | 03/29/11 | J | | |
| 230. CSG SYSTS INTL INC COM | | None | | | Sold | 08/08/11 | J | A | |
| 231. NEWFIELD EXPL CO COM | | None | | | Buy | 03/30/11 | J | | |
| 232. NEWFIELD EXPL CO COM | | None | | | Sold | 08/19/11 | J | A | |
| 233. TIFFANY & CO NEW | | None | | | Buy | 03/31/11 | J | | |
| 234. TIFFANY & CO NEW | | None | | | Sold | 08/19/11 | J | A | |
| 235. NEENAH PAPER INC | | None | | | Buy | 04/12/11 | J | | |
| 236. NEENAH PAPER INC | | None | | | Sold | 08/19/11 | J | A | |
| 237. TUPPERWARE BRANDS CORP | | None | | | Buy | 05/02/11 | J | | |
| 238. TUPPWEWARE BRANDS CORP | | None | | | Sold | 08/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  VIACOM INC NEW CL B | | None | | | Buy | 05/13/11 | J | | |
| 240.  VIACOM INC NEW CL B | | None | | | Sold | 08/19/11 | J | A | |
| 241.  NEENNAH PAPER INC | | None | J | T | Buy | 05/13/11 | J | | |
| 242.  MAGNA INTL INC CL A VTG | | None | | | Buy | 05/13/11 | J | | |
| 243.  MAGNA INTL INC CL A VTG | | None | | | Sold | 08/19/11 | J | A | |
| 244.  BARRICK GOLD CORPORATION | | None | | | Buy | 05/13/11 | J | | |
| 245.  BARRICK GOLD CORPORATION | | None | | | Sold | 08/19/11 | J | A | |
| 246.  DISNEY (WALT) CO COM STK | | None | | | Buy | 05/18/11 | J | | |
| 247.  DISNEY (WALT) CO COM STK | | None | | | Sold | 08/19/11 | J | A | |
| 248.  WEBMD HEALTH CORP | | None | | | Buy | 05/20/11 | J | | |
| 249.  WEBMD HEALTH CORP | | None | | | Sold | 07/21/11 | J | A | |
| 250.  HEINZ H J CO PV 25CT | | None | | | Buy | 05/20/11 | J | | |
| 251.  HEINZ H J CO PV 25CT | | None | | | Sold | 08/19/11 | J | A | |
| 252.  CLIFF'S NATURAL RESOURCES INC | | None | | | Buy | 06/02/11 | J | | |
| 253.  CLIFF'S NATURAL RESOURCES INC | | None | | | Sold | 08/19/11 | J | A | |
| 254.  AGCO CORP DE | | None | | | Buy | 06/21/11 | J | | |
| 255.  AGCO CORP DE | | None | | | Sold | 08/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. MOODY'S CORP DE | | None | | | Buy | 06/21/11 | J | | |
| 257. MOODY'S CORP DE | | None | | | Sold | 07/28/11 | J | A | |
| 258. INTL BUSINESS MACH DE | | None | J | T | Buy | 06/21/11 | J | | |
| 259. EVERCORE PARTNERS INC CL A | | None | | | Buy | 06/21/11 | J | | |
| 260. EVERCORE PARTNERS INC CL A | | None | | | Sold | 08/16/11 | J | A | |
| 261. PENTAIR INC DE | | None | | | Buy | 06/21/11 | J | | |
| 262. PENTAIR INC DE | | None | | | Sold | 08/19/11 | J | A | |
| 263. NORDSTROM INC DE | | None | | | Buy | 06/21/11 | J | | |
| 264. NORDSTROM INC DE | | None | | | Sold | 08/19/11 | J | A | |
| 265. EATON CORP DE | | None | | | Buy | 06/21/11 | J | | |
| 266. EATON CORP DE | | None | | | Sold | 08/19/11 | J | A | |
| 267. DU PONT DE NEMOURS DE | | None | | | Buy | 06/21/11 | J | | |
| 268. DU PONT DE NEMOURS DE | | None | | | Sold | 08/19/11 | J | A | |
| 269. COGNIZANT TECH SOLUTIONS CRP | | None | | | Buy | 06/21/11 | J | | |
| 270. COGNIZANT TECH SOLUTIONS CRP | | None | | | Sold | 07/09/11 | J | B | |
| 271. AUTODESK INC DE | | None | | | Buy | 06/21/11 | J | | |
| 272. AUTODESK INC DE | | None | | | Sold | 07/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. TRW AUTOMOTIVE HOLDINGS CORP | | None | J | T | Buy | 06/21/11 | J | | |
| 274. SWATCH GROUP BEARER SHS CHF | | None | J | T | Buy | 06/21/11 | J | | |
| 275. AT&T INC DE | | None | | | Buy | 06/21/11 | J | | |
| 276. AT&T INC DE | | None | | | Sold | 08/19/11 | J | A | |
| 277. WILLIAMS COS INC (DEL) DE | | None | | | Buy | 06/21/11 | J | | |
| 278. WILLIAMS COS INC (DEL) DE | | None | | | Sold | 08/19/11 | J | A | |
| 279. UNDER ARMOUR INC CL A DE | | None | | | Buy | 06/21/11 | J | | |
| 280. UNDER ARMOUR INC CL A DE | | None | | | Sold | 08/19/11 | J | A | |
| 281. NETAPP INC DE | | None | | | Buy | 07/25/11 | J | | |
| 282. NETAPP INC DE | | None | | | Sold | 08/23/11 | J | A | |
| 283. F5 NETWORKS INC DE | | None | | | Buy | 08/01/11 | J | | |
| 284. F5 NETWORKS INC DE | | None | | | Sold | 11/01/11 | J | A | |
| 285. ILLUMINA INC DE | | None | | | Buy | 08/01/11 | J | | |
| 286. ILLUMINA INC DE | | None | | | Sold | 10/17/11 | J | A | |
| 287. EARTHLINK INC DE | | None | | | Buy | 08/02/11 | J | | |
| 288. EARTHLINK INC DE | | None | | | Sold | 08/19/11 | J | A | |
| 289. KYOCERA CORP ADR JAPAN ADR | | None | | | Buy | 08/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. KYOCERA CORP ADR JAPAN ADR | None | | | | Sold | 10/28/11 | J | A | |
| 291. HOLLYFRONTIER CORP COM DE | None | | | | Buy | 08/04/11 | J | | |
| 292. HOLLYFRONTIER CORP COM DE | None | | | | Sold | 08/19/11 | J | A | |
| 293. WINDSTREAM CORP DE | None | | | | Buy | 08/10/11 | J | | |
| 294. WINDSTREAM CORP DE | None | | | | Sold | 08/19/11 | J | A | |
| 295. CORN PRODUCTS INTL INC DE | None | | | | Buy | 08/10/11 | J | | |
| 296. CORN PRODUCTS INTL INC DE | None | | | | Sold | 08/19/11 | J | A | |
| 297. MICROCHIP TECHNOLOGY INC DE | None | | | | Buy | 08/11/11 | J | | |
| 298. MICROCHIP TECHNOLOGY INC | None | | | | Sold | 08/19/11 | J | A | |
| 299. BAIDU INC ADS REPSNTG CL A ORD SHS SPON ADR | None | | | | Buy | 08/16/11 | J | | |
| 300. BAIDU INC ADS REPSNTG GL A ORD | None | | | | Sold | 08/19/11 | J | A | |
| 301. GUANGSHEN RAILWAY LTD SPON ADR | None | | J | T | Buy | 08/24/11 | J | | |
| 302. CNOOC LTD SPON ADR DE | None | | | | Buy | 08/31/11 | J | | |
| 303. CNOOC LTD SPON ADR DE | None | | | | Sold | 12/07/11 | J | A | |
| 304. ROYAL DUTCH SHELL PLC CL A SPON ADR | None | | | | Buy | 08/31/11 | J | | |
| 305. ROYAL DUTCH SHELL PLC CL A SPON | None | | | | Sold | 10/03/11 | J | A | |
| 306. ATWOOD OCEANICS INC DE | None | | J | T | Buy | 09/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. APPLIED MATERIALS INC DE | None | J | T | | Buy | 09/15/11 | J | | |
| 308. HOME PROPERTIES INC DE | None | J | T | | Buy | 09/27/11 | J | | |
| 309. MCDONALDS CORP DE | None | J | T | | Buy | 09/27/11 | J | | |
| 310. AEGON NV ADR NY SHS NETHERLANDS ADR | None | J | T | | Buy | 10/03/11 | J | | |
| 311. SIMON PPTY GROUP INC SBI DE | None | J | T | | Buy | 10/03/11 | J | | |
| 312. SCHLUMBERGER LTD NETHERLANDS ANTILLES | None | J | T | | Buy | 10/03/11 | J | | |
| 313. BAIDU INC ADS REPSNTG CL | None | | | | Buy | 10/05/11 | J | | |
| 314. BAIDU INC ADS REPSNTG CL | None | | | | Sold | 10/14/11 | J | A | |
| 315. ADVANCE AUTO PARTS INC DE | None | J | T | | Buy | 10/19/11 | J | | |
| 316. HARRIS CORP DELA DE | None | J | T | | Buy | 10/19/11 | J | | |
| 317. YAHOO INC DE | None | J | T | | Buy | 10/24/11 | J | | |
| 318. AMER EXPRESS CO DE | None | J | T | | Buy | 10/26/11 | J | | |
| 319. CERNER CORP DE | None | J | T | | Buy | 11/02/11 | J | | |
| 320. FLOWSERVE CORP DE | None | J | T | | Buy | 11/02/11 | J | | |
| 321. PARKER HANNIFIN CORP DE | None | J | T | | Buy | 11/03/11 | J | | |
| 322. DELL INC DE | None | J | T | | Buy | 11/21/11 | J | | |
| 323. ROCKWELL AUTOMATION INC NEW | None | J | T | | Buy | 11/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. US BANCORP DEL (NEW) DE | | None | J | T | Buy | 12/01/11 | J | | |
| 325. VALEANT PHARMACEUTICALS INTL I CAD | | None | J | T | Buy | 12/08/11 | J | | |
| 326. VODAFONE GROUP PLC NEW SPON ADR | | None | J | T | Buy | 12/09/11 | J | | |
| 327. BAYERISCHE MOTORNWERKE AG SHS 98 EUR | | None | J | T | Buy | 12/09/11 | J | | |
| 328. PRICELINE.COM INC NEW DE | | None | J | T | Buy | 12/19/11 | J | | |
| 329. EMC CORP MASS DE | | None | J | T | Buy | 12/23/11 | J | | |
| 330. AKAMAI TECHNOLOGIES INC DE | | None | J | T | Buy | 12/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, H. Kenneth Jr. | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ H. Kenneth Jr. Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544